IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIG LING LAU, | No. C 02-0326 SI |
| Plaintiff, | **ORDER DENYING MOTION** |
| v. | |
| EX-PRESIDENT KELITEN, | |
| Defendant. / | |

Plaintiff Big Ling Lau filed a motion styled a "Motion for Request to Implement the Mandates of Judgment & Forthwith Enforcing Energency Injunation [sic] and Give Out the Civil Complaint of Damages." *See* Doc. 14. The original complaint was filed in this case on January 17, 2002; it was then dismissed with prejudice by Judge Jenkins on January 30, 2002. That decision was affirmed by the Ninth Circuit on August 6, 2003. This case is now closed. Plaintiff's motion is therefore DENIED.

**IT IS SO ORDERED.**

Dated: February 29, 2012

SUSAN ILLSTON
United States District Judge